# United States Bankruptcy Court
## Middle District of Georgia

| | | | |
|---|---|---|---|
| In Re: | Addie Mae Simmons | * | Bankruptcy Case #15-10291 |
| | Debtors | * | |
| | | * | |
| | Addie Mae Simmons | * | Chapter 13 |
| | Plaintiff | * | |
| | v. | * | |
| | Real Time Resolutions Inc | * | Adv. Proc. No. 21-01001 |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

To:  Real Time Resolutions Inc

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complain within 35 days.

| Address of Clerk | **US Bankruptcy Court**<br>**P.O. BOX 1957**<br>**Macon, GA 31202** |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| Name and Address of Plaintiff's Attorney | Shelba D. Sellers<br>PO Box 1157<br>Thomasville, GA  31799-1157 |
|---|---|

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address:<br>United States Bankruptcy Court<br>433 Cherry Street<br>Macon, GA 31202 | Date & Time:<br>**March 18, 2021 at 10:00 am By phone**<br><br>Telephone Conference<br>888-398-2342<br>Access code: 5569600 |
|---|---|

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



/s/Kyle George, Clerk
_____
Kyle George, Clerk
U.S. Bankruptcy Court

Issued: 02/01/2021