**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF GEORGIA**

**IN RE:**

| | |
|---|---|
| **Addie Mae Simmons** | **CHAPTER 13** |
| *Debtor.* | **CASE NO. 15-10291** |

_____

| | |
|---|---|
| **Addie Mae Simmons** | **ADVERSARY PROCEEDING NO. 21-01001** |
| *Plaintiff,* | |
| **vs.** | |
| **Real Time Resolutions, Inc. agent for CVI Loan GT Trust I,** | |
| *Defendant* | |

**CERTIFICATE OF SERVICE**

I, Shelba D. Sellers, Sellers & Mitchell, P.C., P.O. Box 1157, Thomasville, Georgia 31799, certify that I served on the persons listed below a copy of the within SUMMONS AND NOTICE OF PRETRIAL CONFERENCE AND COMPLAINT OF THE DEBTORS PURSUANT TO 11 U.S.C § 506 (a) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND CREDITOR'S ALLOWED SECURED CLAIM by certified mail to the following:

Real Time Resolutions Inc,
Agent for CVI Loan GT Trust I
1349 Empire Central Dr. Suite 150
Dallas, TX 75247

Eric Green CEO of Real Time Resolutions, Inc
1349 Empire Central Dr. Suite 150
Dallas, TX 75247

C T CORPORATION SYSTEM
Agent for Service of Process for Real Time Resolutions Inc
289 S Culver St
Lawrenceville, GA 30046

Delivered via Certified Mail.

This the 2nd day of February, 2021.

SELLERS & MITCHELL, P.C.

/s/Shelba D. Sellers
**Shelba D. Sellers**
Georgia Bar No. 635510
P.O. Box 1157
Thomasville, Ga 31799
(229) 226-9888
shelba_sellers@yahoo.com