## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| IN RE:<br><br>ADDIE MAE SIMMONS,<br><br>    Debtor. | Case No. 15-10291<br>Chapter 13 |
| ADDIE MAE SIMMONS,<br><br>    Plaintiff,<br><br>v.<br><br>REAL TIME RESOLUTIONS, INC, agent for CVI LOAN GT TRUST I,<br><br>    Defendant. | Adversary No. 21-010010 |

## NOTICE OF HEARING

    Wilmington Savings Fund, FSB d/b/a Christiana Trust as Trustee for PNPMS Trust II ("Wilmington") HAS FILED DOCUMENTS WITH THE COURT TO INTERVENE IN THE ABOVE-STYLED ADVERSARY PROCEEDING.

    **YOUR RIGHTS MAY BE AFFECTED. You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one. If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.**

    If you do not want the court to allow Wilmington to intervene, or if you want the court to consider your views on the Motion to Intervene, then you or your attorney shall attend the hearing scheduled to be held on

    **March 18, 2021, at 10:00 a.m., by telephone. The telephone number is 888-398-2342, and access code is 5569600.**

    **If you are your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

1

This notice is sent by the undersigned pursuant to LBR 9004-1(c)(6).

Dated this 5th day of March 2021.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)
**RUBIN LUBLIN, LLC**
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, Georgia 30071
(678) 281-2730 (Telephone)
(470) 508-9203 (Facsimile)
bchaness@rlselaw.com

*Attorney for Wilmington Savings Fund, FSB d/b/a Christiana Trust as Trustee for PNPMS Trust II*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March 2021, I caused a copy of the within and foregoing to be filed by CM/ECF, which will serve notice on all parties.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)