**SO ORDERED.**

**SIGNED this 1 day of July, 2021.**



_____
**Austin E. Carter**
**United States Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

IN RE:

ADDIE MAE SIMMONS,                    Case No. 15-10291

Debtor.                               Chapter 13

ADDIE MAE SIMMONS,

Plaintiff,

v.                                    Adversary No. 21-01001

WILMINGTON SAVINGS FUND SOCIETY,
FSB d/b/a CHRISTIANA TRUST AS TRUSTEE
FOR PNPMS TRUST II,

Defendant.

END OF DOCUMENT

# CONSENT ORDER
# ON JOINT MOTION for
# EXTENSION of DISCOVERY PERIOD

The Plaintiff, and Defendant having filed a Joint Motion to Extend Discovery and the time for Discovery filing Summary Judgement and Court having no objections to said Motion,

IT IS HEREBY THE ORDER OF THE COURT that Joint Motion to Extend Discovery is granted, and the time for Discovery is extended 90 days, to September 20, 2021.

Consented to:

| | |
|---|---|
| /s/*Bret Chaness* | */s/Shelba D. Sellers* |
| With express permission | Shelba D. Sellers |
| **Bret Chaness** (GA Bar: 720572) | **Attorney for Debtors** |
| 3140 Avalon Ridge Place Suite 100 | P.O. Box 1157 |
| Peachtree Corners, GA 30071 | Thomasville, GA 31799 |
| (678)281-2730 | 229-226-9888 |
| bchaness@rlselaw.com | shelba_sellers@yahoo.com |
| Attorney for Wilmington Savings | Georgia Bar No.: 635510 |
| Society, FSB d/b/a Christiana Trust | |
| As Trustee for PNPMS Trust II | |

**END OF DOCUMENT**