# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| IN RE: ADDIE MAE SIMMONS, | CASE NO. 15-10291 |
| *Debtor.* | CHAPTER 13 |

| | |
|---|---|
| ADDIE MAE SIMMONS, | ADVERSARY PROCEEDING NO. 21-01001 |
| *Plaintiff,* | |
| v. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a CHRISTINA TRUST AS TRUSTEE FOR PNPMS TRUST II, | |
| *Defendant.* | |

## SUGGESTION OF DEATH

COMES NOW the undersigned Attorney and shows the Court as follows:

**-1-**
The Debtor, ADDIE MAE SIMMONS, filed a Chapter 13 Bankruptcy, in the Middle District of Georgia, Case Number 15-70294 on March 13, 2015.

**-2-**
The Debtor, ADDIE MAE SIMMONS , passed away on October 15, 2019.

**-3-**
Attached hereto is the Death Certificate of ADDIE MAE SIMMONS.

WHEREFORE, Debtor prays that a discharge be entered on behalf of ADDIE MAE SIMMONS, upon completion of the case and for such other and such further relief as the Court deems appropriate.

This 20th day of September, 2021.

                                                  /s/ *Shelba D. Sellers*
                                                Shelba D. Sellers
                                                Attorney for Debtor
                                                Georgia Bar No. 635510

Sellers & Mitchell, P.C.
Post Office Box 1157
Thomasville, Georgia 31799
Tel. (229) 226-9888

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day served a copy of the above and foregoing Document upon the following creditor and trustee in bankruptcy either by electronic notice, for those requesting such service or by mailing a copy of same in an envelope properly addressed and with sufficient postage thereon to ensure proper delivery of same.

**Jonathan W. DeLoach**
**Chapter 13 Trustee**
**PO Box 1907**
**Columbus, GA 31902-1907**

      This 20th day of September, 2021.

                                      /s/ *Shelba D. Sellers*
                                      Shelba D. Sellers
                                      Attorney for Debtor/Plaintiff
                                      Georgia Bar No. 635510

Sellers & Mitchell, P.C.
Post Office Box 1157
Thomasville, Georgia 31799
Tel. (229) 226-9888

# GEORGIA DEATH CERTIFICATE

State File Number: 2019GA000066885

| # | Field | Value |
|---|---|---|
| 1 | DECEDENT'S LEGAL FULL NAME (First, Middle, Last) | ADDIE MAE SIMMONS |
| 1a | IF FEMALE, ENTER LAST NAME AT BIRTH | SIMMONS |
| 2 | SEX | FEMALE |
| 2a | DATE OF DEATH (Mo., Day, Year) | ACTUAL DATE OF DEATH 10/06/2019 |
| 3 | SOCIAL SECURITY NUMBER | 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 |
| 4a | AGE (Years) | 67 |
| 5 | DATE OF BIRTH (Mo., Day, Year) | 01/25/1952 |
| 6 | BIRTHPLACE | GEORGIA |
| 7a | RESIDENCE - STATE | GEORGIA |
| 7b | COUNTY | GRADY |
| 7c | CITY, TOWN | CAIRO |
| 7d | STREET AND NUMBER | 336 CRESCENT CIRCLE SW |
| 7e | ZIP CODE | 39828 |
| 7f | INSIDE CITY LIMITS? | YES |
| 8 | ARMED FORCES? | NO |
| 8a | USUAL OCCUPATION | CNA |
| 8b | KIND OF INDUSTRY OR BUSINESS | HEALTH CARE |
| 9 | MARITAL STATUS | NEVER MARRIED |
| 10 | SPOUSE NAME | |
| 11 | FATHER'S FULL NAME | HENRY SIMMONS |
| 12 | MOTHER'S MAIDEN NAME | ROBERTA MAXWELL |
| 13a | INFORMANT'S NAME | ARLISHA WILDGOOSE |
| 13b | RELATIONSHIP TO DECEDENT | DAUGHTER |
| 13c | MAILING ADDRESS | 340 CRESCENT CIRCLE SW CAIRO GEORGIA 39828 |
| 14 | DECEDENT'S EDUCATION | 11TH GRADE COMPLETED |
| 15 | ORIGIN OF DECEDENT | NO, NOT SPANISH/HISPANIC/LATINO |
| 16 | DECEDENT'S RACE | BLACK OR AFRICAN-AMERICAN |
| 17a | IF DEATH OCCURRED IN HOSPITAL | EMERGENCY ROOM/OUTPATIENT |
| 17b | IF DEATH OCCURRED OTHER THAN HOSPITAL | |
| 18 | HOSPITAL OR OTHER INSTITUTION NAME | GRADY GENERAL HOSPITAL |
| 19 | CITY, TOWN or LOCATION OF DEATH | CAIRO |
| 20 | COUNTY OF DEATH | GRADY |
| 21 | METHOD OF DISPOSITION | BURIAL |
| 22 | PLACE OF DISPOSITION | CEDAR SPRINGS CEMETERY CEDAR SPRINGS ROAD WHIGHAM GEORGIA 39897 |
| 23 | DISPOSITION DATE | 10/12/2019 |
| 24a | EMBALMER'S NAME | RONNIE CORKER |
| 24b | EMBALMER LICENSE NO. | 3720 |
| 25 | FUNERAL HOME NAME | WESTONS FUNERAL HOME |
| 25a | FUNERAL HOME ADDRESS | PO BOX 101 CAIRO GEORGIA 31728 |
| 26a | SIGNATURE OF FUNERAL DIRECTOR | KENNETH L WESTON |
| 26b | FUN. DIR. LICENSE NO | 2777 |
| 27 | DATE PRONOUNCED DEAD | 10/06/2019 |
| 28 | HOUR PRONOUNCED DEAD | 22:33 MILITARY |
| 29a | PRONOUNCER'S NAME | STEWART WARREN |
| 29b | LICENSE NUMBER | 077462 |
| 29c | DATE SIGNED | 10/06/2019 |
| 30 | TIME OF DEATH | 22:33 MILITARY |
| 31 | WAS CASE REFERRED TO MEDICAL EXAMINER | YES |

32. Part I. Enter the chain of events-diseases, injuries, or complications that directly caused the death. DO NOT enter terminal events such as cardiac arrest, respiratory arrest, Or ventricular fibrillation without showing the etiology. DO NOT ABBREVIATE.

IMMEDIATE CAUSE (Final disease or condition resulting in death)

A. MYOCARDIAL INFARCTION — Approximate interval between onset and death: MINUTES
B.
C.
D.

Part II. Enter significant conditions contributing to death but not related to cause given in Part 1A. If female, indicate if pregnant or birth occurred within 90 days of death.

| # | Field | Value |
|---|---|---|
| 33 | WAS AUTOPSY PERFORMED? | NO |
| 34 | WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? | |
| 35 | TOBACCO USE CONTRIBUTED TO DEATH | NO |
| 36 | IF FEMALE (range 10-54) PREGNANT | NOT APPLICABLE |
| 37 | ACCIDENT, SUICIDE, HOMICIDE, UNDETERMINED | NATURAL |
| 38 | DATE OF INJURY | |
| 39 | TIME OF INJURY | |
| 40 | PLACE OF INJURY | |
| 41 | INJURY AT WORK? | |
| 42 | LOCATION OF INJURY | |
| 43 | DESCRIBE HOW INJURY OCCURRED | |
| 44 | IF TRANSPORTATION INJURY | |
| 45 | Medical Certifier | ANDREW ALLISON DEKLE, MD, 19509 |
| 45a | DATE SIGNED | 10/30/2019 |
| 45b | HOUR OF DEATH | 22:33 MILITARY |
| 46 | Medical Examiner/Coroner | |
| 46a | DATE SIGNED | |
| 46b | HOUR OF DEATH | |
| 47 | NAME, ADDRESS, AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | ANDREW ALLISON DEKLE 235 1ST AVENUE CAIRO GEORGIA 39828 |
| 48 | REGISTRAR (Signature) | /S/ CHRISTOPHER JP HARRISON |
| 49 | DATE FILED - REGISTRAR | 10/31/2019 |

Form 3903 (Rev. 04/2012), GEORGIA DEPARTMENT OF PUBLIC HEALTH

THIS IS TO CERTIFY THAT THIS IS A TRUE REPRODUCTION OF THE ORIGINAL RECORD ON FILE WITH THE STATE OFFICE OF VITAL RECORDS, GEORGIA DEPARTMENT OF PUBLIC HEALTH. THIS CERTIFIED COPY IS ISSUED UNDER THE AUTHORITY OF CHAPTER 31-10, CODE OF GEORGIA AND 511-1-3 DPH RULES AND REGULATIONS.

*Christopher H Harrison*

STATE REGISTRAR AND CUSTODIAN
GEORGIA STATE OFFICE OF VITAL RECORDS

COUNTY CUSTODIAN: *Donna Lainous*
ISSUED BY: *Cristina Montelongo*
DATE ISSUED: 12-2-2019

Any reproduction of this document is prohibited by statute. Do not accept unless embossed with a raised seal.
**VOID IF ALTERED OR COPIED**