# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA

**IN RE:**

| | |
|---|---|
| **ADDIE MAE SIMMONS,** | **CASE NO. 15-10291** |
| *Debtor.* | **CHAPTER 13** |

| | |
|---|---|
| **ADDIE MAE SIMMONS,** | **ADVERSARY PROCEEDING NO. 21-01001** |

*Plaintiff,*

**v.**

**WILMINGTON SAVINGS FUND SOCIETY,
FSB d/b/a CHRISTINA TRUST AS TRUSTEE
FOR PNPMS TRUST II,**

*Defendant.*

## NOTICE OF HEARING ON MOTION TO REQUEST A HEARING

PLEASE TAKE NOTICE that a hearing will be held via telephone conference on the Motion to Request a Hearing:

U.S. Bankruptcy Court
Courtroom B
433 Cherry Street
Macon, GA 31201

on October 19, 2021 at 1:30 P.M.

This 5th day of October, 2021.

/s/ Shelba D. Sellers
Sellers & Mitchell, PC.
Attorney for Debtor
P.O. Box 1157
Thomasville GA 31792
State Bar 635510
(229)226-9888

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the foregoing document upon all parties listed below either by electronic notice for those requesting such service, or by placing adequate postage thereon to ensure proper deliver and depositing same in the first-class United States mail to ensure delivery thereof.

**Jonathan W. DeLoach**
**Office of The Chapter 13 Trustee**
**P. O. Box 1907**
**Columbus, GA 31902**

**Bret Chaness**
**Rubin Lublin, LLC**
**3140 Avalon Ridge Place, Suite 100**
**Peachtree Corners, GA 30071**

Dated this 5th day of October, 2021.

/s/ *Shelba D. Sellers*
Attorney for Debtors
Georgia Bar No. 635510

Sellers & Mitchell, P.C.
Post Office Box 1157
Thomasville, GA  31799
shelba_sellers@yahoo.com
Tel: 229-226-9888
Fax: 888-319-7471